**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NORMAN SANTOS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  14-cv-04367 |
| | ) | |
| v. | ) | |
| | ) | |
| CHICAGO TRANSIT AUTHORITY, an | ) | |
| Illinois governmental agency, | ) | |
| | ) | |
| Defendant. | | |

**STIPULATION OF DISMISSAL**

Plaintiff, NORM SANTOS ("Santos"), and Defendant, CHICAGO TRANSIT AUTHORITY ("CTA"), pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate and agree that the claims of Plaintiff in the above-captioned matter shall be dismissed without prejudice in their entirety, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Heidi B. Parker | /s/ James J. Convery |
| Attorney for Plaintiff Santos | Attorney for Defendant CTA |
| ASHER, GITTLER & D'ALBA, LTD. | Laner Muchin, Ltd. |
| 200 W. Jackson Blvd., Suite 1900 | 515 N. State Street, Suite 2800 |
| Chicago, Illinois 60606 | Chicago, Illinois 60654 |
| (312) 263-1500 (phone) | (312) 467-9800 (phone) |
| (312) 263-1520 (fax) | (312) 467-9479 (fax) |
| hbp@ulaw.com | jconvery@lanermuchin.com |