**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NORMAN SANTOS, ) | |
| ) | |
| Plaintiff, ) | Case No. 14-cv-04367 |
| ) | |
| v. ) | |
| ) | |
| CHICAGO TRANSIT AUTHORITY, an ) | |
| Illinois governmental agency, ) | |
| ) | |
| Defendant. | |

**NOTICE OF FILING**

To: James J. Convery
Laner Muchin, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois 60654

**PLEASE TAKE NOTICE** that on Wednesday, October 08, 2014, I filed with the U.S. District Court for the Northern District of Illinois, Eastern Division, a STIPULATION OF DISMISSAL, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

/s/Heidi B. Parker

Heidi B. Parker
Asher, Gittler & D'Alba
200 West Jackson Blvd., Suite 1900
Chicago, IL 60606
(312) 263-1500 phone
(312) 263-1520 fax

**CERTIFICATE OF SERVICE**

I, Heidi B. Parker, certify that I served the attached STIPULATION OF DISMISSAL on the above-named individual(s) through the CM/ECF filing system on this 8th day of October, 2014, before the hour of 5:00 p.m. to:

/s/ Heidi B. Parker_____