UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Norman Santos

                    Plaintiff,

v.                                        Case No.: 1:14–cv–04367
                                                        Honorable Milton I. Shadur

Chicago Transit Authority

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 16, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the claims of plaintiff in this matter shall be dismissed without prejudice in its entirety, with each party bearing its own costs and attorneys' fees. Status set for 11/12/2014 is vacated. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.